# Order

Michigan Supreme Court
Lansing, Michigan

March 26, 2021

158934 & (22)(27)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JACOB PLANTE,
     Defendant-Appellant.

SC: 158934
COA: 344555
Macomb CC: 2005-000797-FH

_____/

By order of July 29, 2019, the application for leave to appeal the November 26, 2018 order of the Court of Appeals was held in abeyance pending the decision in *People v Betts* (Docket No. 148981). On order of the Court, the parties having filed a joint motion to remand this case to the Macomb Circuit Court, the motion is considered, and it is GRANTED. The application for leave to appeal is DISMISSED with prejudice and without costs. We REMAND this case to the circuit court for any further necessary proceedings. The motion to hold this case in abeyance is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2021



Clerk

t0323